1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
3
4
5
6
7
8
9                    UNITED STATES DISTRICT COURT
10                  NORTHERN DISTRICT OF CALIFORNIA
11                          SAN JOSE DIVISION
12  UNITED STATES OF AMERICA,        )   CR No. 08 00551-MAG
                                     )
13           Plaintiff,               )   VIOLATION: Title 18, United States Code,
                                     )   Section 1028(a)(4) - Fraud and Related
14      v.                           )   Activity in Connection with Identification
                                     )   Documents and Information
15  JORGE LUIS VAZQUEZ,              )   (Class A Misdemeanor)
        a/k/a Jose Luis Cervantes Soto, )
16                                   )
             Defendant.               )   SAN JOSE VENUE
17                                   )
                                     )
18  _____  )

19                              INFORMATION

20  The United States Attorney charges:

21      On or about November 14, 2006, in the Northern District of California, the defendant

22                          JORGE LUIS VAZQUEZ,
                         a/k/a Jose Luis Cervantes Soto,
23

24  did knowingly possess an identification document, to wit: a State of Texas birth certificate in the

25  name of Jose Luis Cervantes Soto, other than one issued lawfully for the use of the possessor,

26  //
27  //
28  //

    **INFORMATION**

[Stamps visible: "FILED 2008 AUG 18 P 12:00 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NO. DIST. OF CA. S.J."; "E-FILING"; "DOCUMENT NO. 1  CSA's INITIALS  DISTRICT COURT CRIMINAL CASE PROCESSING"]

1 | with the intent that such document be used to defraud the United States, in violation of Title 18,
2 | United States Code, Section 1028(a)(4), a Class A misdemeanor.
3
4 | DATED: *July 31, 2008*
5 |                                     JOSEPH P. RUSSONIELLO
                                    United States Attorney
6
7 |                                     DAVID R. CALLAWAY
                                    Deputy Chief, San Jose Branch Office
8
9 | (Approved as to form: *Slaughter for* )
10 |                     ELISABETH OPPENHEIMER
                      Law Clerk

**INFORMATION**

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☑ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
2008 AUG 18 P 12:00
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

## OFFENSE CHARGED
18 U.S.C. § 1028(a)(4) - Possession of a False or Stolen Identification Document

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**PENALTY:**
1 year imprisonment, $100,000 fine, 1 year supervised release, $25 special assessement

## DEFENDANT - U.S.
▶ JORGE LUIS VAZQUEZ

**DISTRICT COURT NUMBER**
CR-08 00551-MAG

## DEFENDANT
**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)
   NDCA

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

## PROCEEDING
**Name of Complaintant Agency, or Person (&Title, if any)**
Diplomatic Security Service

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense
☐ this prosecution relates to a pending case involving this same defendant
☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.
MAGISTRATE CASE NO.

**Name and Office of Person Furnishing Information on THIS FORM**   JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**  Susan Knight

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☑ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☑ Arraignment  ☑ Initial Appearance
**Defendant Address:**
815 Powell Street
Hollister, CA 95023
(CASE AGENT WILL SERVE SUMMONS)

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: September 25, 2008 @ 9:30am
Before Judge: The Honorable Richard Seeborg

**Comments:**